UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND WINTERS,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>          Defendant. | 5:26-CV-05037-KES<br><br>ORDER TO SHOW CAUSE |

This matter is before the court on the *pro se* petition of Raymond Winters seeking habeas relief pursuant to 28 U.S.C. § 2241. (Doc. 1). Mr. Winters' habeas petition arises from his underlying conviction in the U.S. District of South Dakota, file number 5:25-cr-50024-CCT-1. This matter was referred to this Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

A petitioner may attack the execution of his sentence through a § 2241 petition in the district of his incarceration, but a challenge to the validity of conviction or sentence must be brought under § 2255 in the district of the sentencing court. Matheny v. Morrison, 307 F.3d 709, 711 (8th Cir. 2002). See also Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003).

From a reading of the petition, it appears that the petitioner is challenging the substance of his conviction and sentence, not the execution of his sentence. However, the court cannot determine that "it plainly appears

from the face of the petition . . . that the petitioner is not entitled to relief in the district court" warranting summary dismissal.  Therefore, it is hereby

ORDERED that the Clerk of Court will deliver or serve a copy of the habeas petition (Doc. 1) on the United States Attorney for the District of South Dakota. It is further

ORDERED that the United States Attorney for the District of South Dakota will serve and file an answer or responsive pleading to the petition, together with a legal brief or memorandum within 30 days of the date of this order.

ORDERED that Petitioner may file a reply brief within fourteen (14) calendar days after service of the responsive brief pursuant to D.S.D. Civ. LR 7.1(B) and Rules Governing Section 2254 and 2255 Cases, Rule 5.

DATED this 7th day of April, 2026.

BY THE COURT:

_____
MARK W. HAIGH
United States Magistrate Judge